# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STAN HUNT,                 )
                      )
          Plaintiff,      )
                      )
          v.           )     **Civil Action No. 11-1210 (RJL)**
                      )
U.S. DEPARTMENT OF     )
VETERAN AFFAIRS,       )
                      )
         Defendant.    )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 27ᵗʰ day of August 2012,

**ORDERED** that defendant's motion for summary judgment (ECF No. 15) is **GRANTED**; it is further

**ORDERED** that plaintiff's motion for summary judgment (ECF No. 23) is **DENIED**; it is further

**ORDERED** that all other pending motions (ECF Nos. 20, 26) are **GRANTED** *nunc pro tunc*; and it is further

**ORDERED** that judgment is entered for the Defendant. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge